James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Lexi J. Hazam (SBN 224457)
Chimène I. Keitner (SBN 226948)
Nirej S. Sekhon (SBN 213358)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
703 Market Street, Suite 1401
San Francisco, CA 94103
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

*Class Counsel and Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING ON DEFENDANT'S MOTION TO STAY PROCEEDINGS** |

The parties to the above captioned actions, through their counsel of record, hereby stipulate and agree as follows:

1. Defendant's Motion to Stay Proceedings, currently scheduled for hearing on December 9, 2005 at 9:00 a.m., will be heard at the Case Management Conference scheduled for November 18, 2005 at 2:30 p.m.

2. Plaintiffs will file their Opposition to Defendant's Motion by October 28, 2005.

3. Defendant will file its Reply by November 4, 2005.

Dated: October 26, 2004       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: __/s/ James M. Finberg____
James M. Finberg

*Class Counsel and Counsel for the Plaintiffs*

Dated: October 26, 2005       SEYFARTH & SHAW LLP

By: __/s/ Gilmore F. Diekmann, Jr.____
Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, CA  94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

*Attorneys for Defendant FEDEX EXPRESS*

**ORDER**

The foregoing is stipulated and approved and is so **ORDERED**.

Dated: 10/31/05

_____
THE HONORABLE SUSAN ILLSTON
United States District Court for the Northern District of California

**GRANTED**
Judge Susan Illston

483389.1