IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK SATCHELL,

        Plaintiff,

  v.

FEDEX CORPORATION,

        Defendant.
                               /

No. C 03-02659 SI
and C-03-2659 SI

**PRETRIAL PREPARATION ORDER**

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 5, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 11, 2006.

DESIGNATION OF EXPERTS: 6/30/06; REBUTTAL: 8/25/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 29, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 29, 2006;

    Opp. Due October 27, 2006; Reply Due November 13, 2006;

    and set for hearing no later than December 8, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 23, 2007 at 3:30 PM.

JURY TRIAL DATE: February 12, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 30, 2005, the parties shall inform the Court as to the status of the Individual Disparate Impact Claims.

The parties have agreed to participate in private mediation with Mr. Hughes in April 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

                                            /s/ Susan Illston
                                            SUSAN ILLSTON
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, <br><br> Defendant. _____/ | No. C 03-02659 SI <br> and C-03-2659 SI <br><br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 5, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 11, 2006</u>.

DESIGNATION OF EXPERTS: <u>6/30/06</u>; REBUTTAL: <u>8/25/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 29, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 29, 2006</u>;

    Opp. Due <u>October 27, 2006</u>; Reply Due <u>November 13, 2006</u>;

    and set for hearing no later than <u>December 8, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 23, 2007</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 12, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 30, 2005, the parties shall inform the Court as to the status of the Individual Disparate Impact Claims.

The parties have agreed to participate in private mediation with Mr. Hughes in April 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

*/s/ Susan Illston*

SUSAN ILLSTON
United States District Judge