James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 164709)
Lexi J. Hazam (SBN 224457)
Chimène I. Keitner (SBN 226948)
Nirej S. Sekhon (SBN 213358)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
703 Market Street, Suite 1401
San Francisco, CA 94103
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

*Class Counsel and Counsel for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED]<br><u>ORDER RE: MAILING NOTICE</u>** |

495340.1 - 1 - STIPULATION AND [PROPOSED] ORDER
C 03-2659 SI and C 03 3278 SI

| | |
|---|---|
| 1 | WHEREAS, on November 28, 2005, the Court issued its Order re: Class Notice; |
| 2 | WHEREAS, that Order provides that "By November 30 or the earliest practicable |
| 3 | date thereafter, FedEx will provide Class Counsel with a computer-readable" Class List, |
| 4 | including class member names, addresses, employee ID numbers, and Social Security Numbers; |
| 5 | WHEREAS, FedEx has stated that the "earliest practicable" date upon which it can |
| 6 | produce the Class List is December 30, 2005; |
| 7 | WHEREAS, the Order provides that Class Counsel or a claims administrator |
| 8 | retained by Class Counsel must mail the notice to the Class List within seven days of receipt of |
| 9 | the Class List; |
| 10 | WHEREAS, due to the intervening holidays and press of business at the New |
| 11 | Year, it would be extremely difficult for the claims administrator retained by Class Counsel to |
| 12 | mail the Class Notice within seven days of December 30, 2005; |
| 13 | THEREFORE, the parties propose and stipulate to the following, and request that |
| 14 | the Court so order: |
| 15 | 1) FedEx will provide the Class List, consisting of a computer-readable list of |
| 16 | the full names, employee ID number(s), most current known addresses, and Social Security |
| 17 | numbers of all members of the Minority Employee Class and the African American Lower Level |
| 18 | Manager Class, directly to the claims administrator retained by Class Counsel, with a copy to |
| 19 | Class Counsel, no later than December 30, 2005. |
| 20 | 2) Class Counsel may use the Social Security numbers included in the Class |
| 21 | List to (1) match class member names with the personnel and payroll data provided by FedEx; |
| 22 | and (2) find the current addresses of class members for whom the Class List contains an outdated |
| 23 | or incorrect address. In the course of so doing, Class Counsel may provide the Social Security |
| 24 | numbers to a claims administrator or a statistician. Other than these uses, Class Counsel and the |
| 25 | claims administrator and statistician shall agree to treat the social security numbers as confidential |
| 26 | information, and not share them with third parties. |
| 27 | |
| 28 | |

3) The claims administrator retained by Class Counsel will cause the Class Notice previously approved by the Court to be sent to the Class List by first-class mail on or before January 13, 2006.

SO STIPULATED.

Dated: December 22, 2005              SEYFARTH & SHAW LLP

                                      By: _____/s/ Gilmore F. Diekmann, Jr._____
                                              Gilmore F. Diekmann, Jr.

                                      Gilmore F. Diekmann, Jr. (SBN 050400)
                                      560 Mission Street, Suite 3100
                                      San Francisco, CA 94105
                                      Telephone: (415) 397-2823
                                      Facsimile: (415) 397-8549

                                      *Attorneys for Defendant FEDERAL EXPRESS*

Dated: December 22, 2005              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                      By: ____/s/ *Eve H. Cervantez*_____
                                              Eve H. Cervantez

                                      275 Battery Street, 30th Floor
                                      San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008

                                      *Class Counsel and Counsel for the Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____           _____
                                      THE HONORABLE SUSAN ILLSTON
                                      United States District Judge for the
                                      Northern District of California

IT IS SO ORDERED.
Judge Susan Illston

495340.1                              STIPULATION AND [PROPOSED] ORDER
                                      C 03-2659 SI and C 03 3278 SI