| | | |
|---|---|---|
| 1 | James M. Finberg (SBN 114850)<br>Bill Lann Lee (SBN 108452) | |
| 2 | Karin Kramer (SBN 87346)<br>Lexi J. Hazam (SBN 224457) | |
| 3 | Chimène I. Keitner (SBN 226948)<br>Nirej S. Sekhon (SBN 213358) | |
| 4 | LIEFF, CABRASER, HEIMANN &<br>   BERNSTEIN, LLP | |
| 5 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | |
| 6 | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 | |
| 7 | | |
| 8 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151) | John Burris (SBN 69888)<br>Miles Washington (SBN 88288) |
| 9 | Joshua Konecky (SBN 182897)<br>SCHNEIDER & WALLACE | LAW OFFICES OF JOHN BURRIS<br>7677 Oakport Bldg., Suite 1120 |
| 10 | 180 Montgomery Street, Suite 2000<br>San Francisco, CA  94104 | Oakland, CA  94612<br>Telephone:  (510) 839-5210 |
| 11 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | Facsimile:   (510) 839-3882 |
| 12 | | MICHAEL S. DAVIS (SBN 160045)<br>345 Hill Street |
| 13 | Waukeen Q. McCoy (SBN 168228)<br>LAW OFFICES OF WAUKEEN Q. McCOY | San Francisco, CA 94109<br>Telephone:  (415) 282-4315 |
| 14 | 703 Market Street, Suite 1407<br>San Francisco, CA  94103 | Facsimile:   (415) 358-5576 |
| 15 | Telephone:  (415) 675-7705<br>Facsimile:   (415) 675-2530 | KAY MCKENZIE PARKER (SBN 143140)<br>1318 East Shaw Avenue, Suite 415 |
| 16 | | Fresno, CA  93710<br>Telephone:  (559) 222-1509 |
| 17 | Attorneys for Plaintiffs and the Proposed Classes | Facsimile:   (559) 222-9045 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK SATCHELL, KALINI Boykin, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

529243.1                                                                                                      NOTICE OF WITHDRAWAL OF COUNSEL

| | |
|---|---|
| 1 | The undersigned respectfully gives notices of his withdrawal from the above-captioned action and hereby moves the Court for an Order so relieving him. The undersigned seeks to withdraw because, as of April 7, 2006, he will no longer be affiliated with the law firm of Lieff, Cabraser, Heimann, & Bernstein and no longer authorized to represent the Plaintiffs in this action. Lieff, Cabraser, Heimann, & Bernstein continues to represent the Plaintiffs in this matter. |

Dated: April 7, 2006            Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:    /s/ Nirej S. Sekhon
       Nirej S. Sekhon


James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Karin Kramer (SBN 87346)
Lexi J. Hazam (SBN 224457)
Chimène I. Keitner (SBN 226948)
Nirej S. Sekhon (SBN 213358)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs and the Proposed Classes

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

529243.1                                    - 1 -                          NOTICE OF WITHDRAWAL OF COUNSEL