1  James M. Finberg (SBN 114850)
   Bill Lann Lee (SBN 108452)
2  Eve H. Cervantez (SBN 164709)
   Chimène I. Keitner (SBN 226948)
3  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
6
   Todd M. Schneider (SBN 158253)              MICHAEL S. DAVIS (SBN 160045)
7  Guy B. Wallace (SBN 176151)                 345 Hill Street
   Joshua Konecky (SBN 182897)                 San Francisco, CA 94109
8  SCHNEIDER & WALLACE                         Telephone: (415) 282-4315
   180 Montgomery Street, Suite 2000           Facsimile: (415) 358-5576
9  San Francisco, CA 94104
   Telephone: (415) 421-7100                   KAY MCKENZIE PARKER (SBN 143140)
10 Facsimile: (415) 421-7105                   225 Bush Street, 16th Floor
                                               San Francisco, CA 94104
11 JOHN BURRIS (SBN 69888)                     Telephone: (415) 227-9622
   7677 Oakport Bldg., Suite 1120              Facsimile: (415) 227-4522
12 Oakland, CA 94612
   Telephone: (510) 839-5210                   WAUKEEN Q. MCCOY (SBN 168228)
13 Facsimile: (510) 839-3882                   703 Market Street, Suite 1407
                                               San Francisco, CA 94103
14                                             Telephone: (415) 675-7705
                                               Facsimile: (415) 675-2530
15
   *Class Counsel*
16

17                         UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE (Civil Local Rule 6-1)** |
| Plaintiffs, | |
| v. | |
| FEDEX EXPRESS, a Delaware corporation, | |
| Defendant. | |

1   WHEREAS, Plaintiffs intend to file a Motion to Bifurcate on Friday, June 9, 2006;

2   WHEREAS, Defendant has requested that the hearing not take place until July 21,
3   2006;

4   WHEREAS, the parties have agreed to the following briefing schedule for the
5   motion, which modifies the briefing schedule set forth in the Civil Local Rules;

6   WHEREAS, all briefs will nonetheless be filed two weeks before the scheduled
7   hearing, as required by the Civil Local Rules;

8   THEREFORE, that parties hereby stipulate and agree as follows, and request that
9   the Court so order:

10   1.   Plaintiffs shall file and serve their Motion To Bifurcate on or before June 9,
11   2006.

12   2.   Defendant shall file its brief in opposition to Plaintiffs' Motion To
13   Bifurcate on or before June 23, 2006.

14   3.   Plaintiffs shall file their reply brief in support of their Motion To Bifurcate
15   on or before June 30, 2006.

16   4.   The hearing on Plaintiffs' Motion To Bifurcate shall be on July 21, 2006 at
17   9:00 a.m.

18   SO STIPULATED.

19

20   Dated: June 7, 2006            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

21
                                    By:   */s/ Eve H. Cervantez*
22                                        Eve H. Cervantez

23                                  275 Battery Street, 30th Floor
                                    San Francisco, CA  94111-3339
24                                  Telephone:  (415) 956-1000
                                    Facsimile:  (415) 956-1008
25
                                    *Class Counsel*
26

27

28

542098.1                            - 1 -                    STIPULATION AND [PROPOSED] ORDER
                                                             SETTING BRIEFING SCHEDULE
                                                             CASE NO. C 03-2659 SI; C 03-2878 SI

| | | |
|---|---|---|
| 1 | Dated: June 7, 2006 | SEYFARTH & SHAW LLP |
| 2 | | |
| 3 | | By: __/s/ Gilmore F. Diekmann, Jr.__<br>Gilmore F. Diekmann, Jr. |
| 4 | | Gilmore F. Diekmann, Jr. (SBN 050400)<br>560 Mission Street, Suite 3100 |
| 5 | | San Francisco, CA  94105<br>Telephone:  (415) 397-2823 |
| 6 | | Facsimile:   (415) 397-8549 |
| 7 | | *Counsel for Defendant* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston