```
 1  Frederick L. Douglas
    (Admitted Pro Hac Vice)
 2  David Billions
    (Admitted Pro Hac Vice)
 3  Barak J. Babcock
    (Admitted Pro Hac Vice)
 4  Federal Express Corporation
    3620 Hacks Cross Road
 5  Building B, 3rd Floor
    Memphis, Tennessee 38125
 6  Telephone: 901/434-8533
    Facsimile: 901/ 434-9271
 7
    SEYFARTH SHAW LLP
 8  Gilmore F. Diekmann, Jr. (SBN: 050400)
    Francis J. Ortman, III (SBN: 213202)
 9  560 Mission Street, Suite 3100
    San Francisco, CA 94105
10  Telephone: 415/544-1070
    Facsimile: 415/397-8549
11
12  O'MELVENY & MYERS LLP
    Evelyn Becker
13  1625 Eye Street, NW
    Washington, DC 20006
14  Telephone: 202/383-5300
    Facsimile: 202/383-5414
15
    Attorneys for Defendant
16  FEDEX EXPRESS
```

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINGS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>                Defendant. | Case Nos. C 03-2659 SI; C03-2878 SI<br><br>(PROPOSED)<br>ORDER ON PETITION FOR<br>ADMISSION *PRO HAC VICE* |

On motion of petitioner, and for good cause shown, it is ORDERED AND ADJUDGED that the Petition of Barak J. Babcock for permission to appear *Pro Hac Vice* is hereby granted and Barak J. Babcock is permitted to appear as counsel on behalf of FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE

Doc 608230