[Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT REBUTTAL REPORTS AND EXPERT DEPOSITIONS, AND ADJUSTING BRIEFING AND HEARING DATES RE DISPOSITIVE MOTIONS** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

The parties through their counsel, hereby stipulate and agree as follows:

1.     1.    The deadline for service of expert rebuttal reports is extended from August 25, 2006 to September 1, 2006;

2.     2.    After the service of expert rebuttal reports, FedEx shall produce some additional agreed upon data from its FAMIS system. Plaintiffs shall have two weeks from receipt of that data to supplement or amend their expert reports. If Plaintiffs do so supplement or amend their expert reports, FedEx will have 2 weeks from service of the supplements or amendments to depose the expert(s) about the supplement(s) or amendment(s);

3.     3.    Except as set forth in paragraph 2, above, the deadline for completion of expert discovery is extended from September 29, 2006 to and including, October 13, 2006;

4.     4.    The briefing schedule for dispositive motions is extended by three weeks, as follows:

| New Date | (Old Date) | Task |
| --- | --- | --- |
| October 20, 2006 | (September 29, 2006) | Moving papers to be served and filed. |
| November 17, 2006 | (October 27, 2006) | Opposition papers to be served and filed. |
| December 4, 2006 | (November 13, 2006) | Reply papers to be served and filed. |

5.     5.    The Court will hold a hearing on dispositive motions, if any, on December 22, 2006 at 9:00 a.m.

SO STIPULATED.

Dated: August 15, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

557855. 1      - 2 -      STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
CASE NO. C 03-2659 SI; C 03-2878 SI

| | |
|---|---|
| 1 | Todd M. Schneider (SBN 158253) |
| 2 | Guy B. Wallace (SBN 176151) |
| | Joshua Konecky (SBN 182897) |
| | SCHNEIDER & WALLACE |
| 3 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 421-7100 |
| | Facsimile: (415) 421-7105 |

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

Dated: August 15, 2006         SEYFARTH & SHAW LLP


By: __ */s/ Gilmore F. Diekmann, Jr.*
         Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

557855.1                     - 3 -                    STIPULATION AND [PROPOSED] ORDER
                                                      EXTENDING DEADLINES
                                                      CASE NO. C 03-2659 SI; C 03-2878 SI

| | |
|---|---|
| 1 | |
| 2 | Evelyn Becker<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |
| 3 | |
| 4 | |
| 5 | Frederick Douglas<br>FEDERAL EXPRESS CORP.<br>3620 Hacks Cross Road, Bldg. B, 3rd fl.<br>Memphis, TN 38125-8800<br>Telephone: (901) 434-8519<br>Facsimile: (901) 434-9271 |
| 6 | |
| 7 | |
| 8 | *Counsel for Defendant* |

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____        /s/ Susan Illston
                                  _____
                                  Hon. Susan Illston
                                  United States District Judge

557855. 1    - 4 -    STIPULATION AND [PROPOSED] ORDER
                      EXTENDING DEADLINES
                      CASE NO. C 03-2659 SI; C 03-2878 SI