| | |
|---|---|
| James M. Finberg (SBN 114850)<br>Bill Lann Lee (SBN 108452)<br>Eve H. Cervantez (SBN 164709)<br>Chimène I. Keitner (SBN 226948)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151)<br>Joshua Konecky (SBN 182897)<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br><br>JOHN BURRIS (SBN 69888)<br>7677 Oakport Bldg., Suite 1120<br>Oakland, CA 94612<br>Telephone: (510) 839-5210<br>Facsimile: (510) 839-3882 | RECEIVED<br>AUG 28 2006<br><br>MICHAEL S. DAVIS (SBN 160045)<br>345 Hill Street<br>San Francisco, CA 94109<br>Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576<br><br>KAY MCKENZIE PARKER (SBN 143140)<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522<br><br>WAUKEEN Q. MCCOY (SBN 168228)<br>703 Market Street, Suite 1407<br>San Francisco, CA 94103<br>Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br><u>STIPULATION AND [PROPOSED]<br>ORDER ALLOWING DOCUMENTS TO<br>BE FILED UNDER SEAL (Local Rule 79-5)</u> |

WHEREAS, Plaintiffs took the deposition of Michael John Snyder, a former employee of Defendant FedEx Express ("FedEx"), on June 9, 2006 ("the Deposition");

WHEREAS, Defendant FedEx requests that the Deposition be treated as confidential, and that the Deposition transcript be filed under seal;

WHEREAS, on November 21, 2005, this Court ordered that transcripts of depositions of Michael John Snyder taken in other actions be filed under seal;

THEREFORE, the Parties, by and through their counsel, stipulate and request that the transcript of the Deposition of Michael John Snyder taken in this action on June 9, 2006 (or excerpts thereof) may be filed under seal pursuant to Local Rule 79-5.

SO STIPULATED.

Dated: Aug 25, 2006

_____
Eve H. Cervantez
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Class Counsel

_____
Gilmore F. Diekmann, Jr.
SEYFARTH & SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Counsel for the Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
U.S. District Court Judge