James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 164709)
Chimène I. Keitner (SBN 226948)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile:  (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile:  (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile:  (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile:  (415) 675-2530

*Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware corporation, <br><br> Defendant. | Case No. C 03-2659 SI; C 03-2878 SI <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL (Local Rule 79-5)** |

1    WHEREAS, Plaintiffs took the deposition of Michael John Snyder, a former
2    employee of Defendant FedEx Express ("FedEx"), on June 9, 2006 ("the Deposition");
3    WHEREAS, Defendant FedEx requests that the Deposition be treated as
4    confidential, and that the Deposition transcript be filed under seal;
5    WHEREAS, on November 21, 2005, this Court ordered that transcripts of
6    depositions of Michael John Snyder taken in other actions be filed under seal;
7    THEREFORE, the Parties, by and through their counsel, stipulate and request that
8    the transcript of the Deposition of Michael John Snyder taken in this action on June 9, 2006 (or
9    excerpts thereof) may be filed under seal pursuant to Local Rule 79-5.

10    SO STIPULATED.

11    Dated: August 25, 2006

12

13

14    Eve H. Cervantez                              Gilmore F. Diekmann, Jr.

15    LIEFF, CABRASER, HEIMANN &              SEYFARTH & SHAW LLP
        BERNSTEIN, LLP                                 560 Mission Street, Suite 3100
16    275 Battery Street, 30th Floor                 San Francisco, CA 94105
        San Francisco, CA 94111-3339             Telephone: (415) 397-2823
17    Telephone: (415) 956-1000                    Facsimile: (415) 397-8549
        Facsimile: (415) 956-1008

18    Class Counsel                                     Counsel for the Defendant

19

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22    Dated: _____

23                                                          The Honorable Susan Illston
                                                            U.S. District Court Judge
24

25

26

27

28