Frederick Douglas
(Admitted Pro Hac Vice)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee, 38125
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN: 050400)
Francis J. Ortman, III (SBN: 213202)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Evelyn L. Becker (CA SBN: 170903)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
FEDEX EXPRESS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, DANIEL SHERMAN, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>    Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR EXCHANGE OF EXPERT WITNESS REBUTTAL REPORTS**<br><br>Judge: Hon. Susan Illston<br>Dept.: 10 |

1

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record that the date for the exchange of the rebuttal reports of expert witnesses William Bielby, Anthony Greenwald and Philip Tetlock may be extended from September 1, 2006 to September 6, 2006 to give the experts adequate time to finalize their reports. Said Stipulation will not effect the exchange date for the parties' other expert witness rebuttal reports.

DATED: September 1, 2006          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By_____/s/_____
James M. Finberg
Attorneys for Plaintiffs

DATED: September 1, 2006          SEYFARTH SHAW LLP


By_____/s/_____
Gilmore F. Diekmann, Jr.
Attorneys for Defendant FEDEX EXPRESS

## ORDER

IT IS SO ORDERED.

Dated: _____, 2006      _____
UNITED STATES DISTRICT JUDGE

SF1 28264345.1 / 24571-000006

2

Stipulation and [Proposed] Order Extending Date for
Exchange of Expert Witness Rebuttal Reports

Case Nos. 03-2659 and 03-2878