[Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware corporation, <br><br> Defendant. | Case No. C 03-2659 SI; C 03-2878 SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [proposed] ORDER <br> RE VARIOUS DISCOVERY MATTERS** |

The parties, through their counsel, hereby stipulate as follows:

1. In its Order Granting-In-Part-And-Denying-In-Part Plaintiffs' Motions To Compel; Granting Plaintiffs' Motion for Sanctions dated October 10, 2006, the Court ordered the parties to meet and confer regarding Plaintiffs' reasonable attorneys' fees and costs incurred in connection with the portion of the Order for which the Court awarded sanctions against Defendant. The Court further ordered Plaintiffs to file any motion seeking to recover reasonable attorneys' fees and costs by no later than October 18, 2006. However, the attorney dealing with this issue for Plaintiffs suffered an injury late last week and was unable to work on this issue;

1  counsel for Defendant has been attempting to ensure compliance with the Court's Order regarding
2  further production of documents and information to Plaintiffs. Because of the foregoing, the
3  parties are still in the process of meeting and conferring on this issue, and will complete that
4  process by October 19. In the event that the parties are unable to reach agreement, the parties
5  stipulate that Plaintiffs shall file a motion for reasonable attorneys' fees and costs by October 20,
6  2006.

7      2.    The parties stipulate that Defendant FedEx shall produce the paper
8  personnel files for the persons listed in the Willson Declaration by no later than October 25, 2006.

9      3.    The parties stipulate that Defendant FedEx shall provide the Bates
10 Numbers for Attachment 3 (or chart served with Defendant's responses to Plaintiffs' Second Set
11 of Interrogatories), by no later than October 25, 2006.

12     4.    Nothing in this stipulation limits or modifies Defendant's obligations to
13 comply with any other aspect of the Court's Order of October 10, 2006.

Dated: October 19, 2006    SCHNEIDER & WALLACE

By: ___/s/_____
    Guy B. Wallace

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

James M. Finberg
Eve H. Cervantez
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

| | |
|---|---|
| 1 | MICHAEL S. DAVIS (SBN 160045) |
| 2 | 345 Hill Street<br>San Francisco, CA 94109 |
| 3 | Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576 |
| 4 | KAY MCKENZIE PARKER (SBN 143140) |
| 5 | 225 Bush Street, 16th Floor<br>San Francisco, CA 94104 |
| 6 | Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 7 | WAUKEEN Q. MCCOY (SBN 168228) |
| 8 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 9 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 10 | *Class Counsel* |

Dated: October 19, 2006        FEDERAL EXPRESS CORP.

By: __*/s/*_____
        Frederick L. Douglas

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Gilmore F. Diekmann, Jr. (SBN 050400)
SEYFARTH, SHAW
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Counsel for Defendant*

- 3 -

STIPULATION AND [PROPOSED] ORDER
RE VARIOUS DISCOVERY MATTERS
CASE NO. C 03-2659 SI; C 03-2878 SI

# **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____ _____
                                                              Hon. Susan Illston
                                                              United States District Judge