1  [Names and Addresses of Counsel
    Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR ADDITIONAL REPORTS, REBUTTAL REPORTS AND DEPOSITIONS OF DRS. BAKER AND DROGIN AND ADDITIONAL DEPOSITION DATES FOR DRS. GREENWALD, ZEDECK, BIELBY, AND CAMPION** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

568525.1

STIP. AND [PROPOSED] ORDER RE SCHEDULE FOR
REPORTS, AND DEPOSITIONS
CASE NO. C 03-2659 SI; C 03-2878 SI

The parties, through their counsel, hereby stipulate and agree as follows:

1. On or before November 10, 2006 FedEx shall produce complete personnel and payroll data for the period January 1, 2006 through September 30, 2006.

2. On December 20, 2006 the parties shall exchange, in electronic form, additional statistical reports from Drs. Baker and Drogin. Dr. Drogin's report shall contain only the analyses from his June 30, 2006 and September 8, 2006 reports, and the revised analyses Dr. Drogin produced at the outset of his deposition on September 19, 2006, supplemented by the data covering the period January 1, 2006 to September 30, 2006. Dr. Baker's report may only contain (a) additional promotional analyses focused on any promotion claims covered by the Court's September 19, 2006 Order regarding the promotion claims certified on behalf of the hourly Minority Class, and (b) analyses from her June 30, and September 8 reports supplemented by data covering the period January 1, 2006 to September 30, 2006.

3. By December 27, 2006 the parties shall produce to each other, in electronic form, documents and data relating to the Baker and Drogin December 20 Reports.

4. By January 10, 2007, the parties shall exchange, in electronic form, rebuttal reports of Drs. Drogin and Baker.

5. The parties shall complete the depositions of Drs. Baker and Drogin by January 19, 2007.

6. Defendant shall complete the deposition of Dr. Zedeck on October 25, 2006.

7. Defendant shall complete the deposition of Dr. Greenwald on October 27, 2006.

8. Plaintiff shall complete the deposition of Dr. Campion on November 9 and 10, 2006.

9. Defendant shall complete the deposition of Dr. Bielby on November 13, 2006.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: October 24, 2006 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | By: _____ |
| 3 | | James M. Finberg |

Bill Lann Lee
Eve H. Cervantez
Daniel E. Barenbaum
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

| | |
|---|---|
| 1  Dated: October 24, 2006 | SEYFARTH & SHAW LLP |
| 2 | |
| 3 | By: /s/ Gilmore F. Diekmann, Jr.<br>    Gilmore F. Diekmann, Jr. |
| 4 | SEYFARTH & SHAW LLP<br>560 Mission Street, Suite 3100 |
| 5 | San Francisco, CA 94105<br>Telephone: (415) 397-2823 |
| 6 | Facsimile: (415) 397-8549 |
| 7 | FEDERAL EXPRESS CORP.<br>3620 Hacks Cross Road, Bldg. B, 3rd fl. |
| 8 | Memphis, TN 38125-8800<br>Telephone: (901) 434-8519 |
| 9 | Facsimile: (901) 434-9271 |
| 10 | Evelyn Becker<br>O'MELVENY & MYERS LLP |
| 11 | 1625 Eye Street, N.W.<br>Washington, D.C. 20006-4001 |
| 12 | Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |
| 13 | |
| 14 | *Counsel for Defendant* |

1  **ORDER**
2  The foregoing stipulation is approved, and IT IS SO ORDERED.
3
4  Dated: _____    _____
                                Hon. Susan Illston
5                               United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

568525.1                    -4-    STIP. AND [PROPOSED] ORDER RE SCHEDULE FOR
                                        REPORTS, AND DEPOSITIONS
                                   CASE NO. C 03-2659 SI; C 03-2878 SI