3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Telephone 901.434.8600



VIA E-FILING

October 27, 2006

The Honorable Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Illston's Chambers
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Satchell, et al. v. FedEx Express*
              USDC, No. Dist. of Calif.
              Case No. C 03-2659 SI; C 03-2878 SI

Dear Judge Illston:

      Federal Express Corporation requests an additional amount of time to comply with one particular aspect of the Court's Order of October 10, 2006.

      The Court previously granted an extension until October 25, 2006. (Doc. No. 504).

      The Court ordered Federal Express Corp. to produce 114 personnel files. As of today, we have produced 66 files. Additional time is needed to secure the files from various locations. Efforts have been made to not only re-contact the managers, but to also notify their superiors of our need for the files. On October 25, 2006, I requested an additional extension of time from Plaintiffs' counsel. (**Attachment 1**, e-mail to Guy B. Wallace). Plaintiffs did not respond to our request.

      Attached please find a proposed Order which we hope the Court will enter giving Federal Express Corp. additional time to produce the files. (**Attachment 2**). To alleviate bothering the Court for any additional extension of time, we request an extension up through and including November 10, 2006.

Respectfully submitted,

By: /s/Frederick L. Douglas

Frederick L. Douglas
Senior Counsel/Litigation
901-434-8519
901-434-9271 (Fax)

FLD/knc
Doc. no. 620495

.

2

# ATTACHMENT 1

# Douglas, Frederick L.

**From:** Douglas, Frederick L.
**Sent:** Wednesday, October 25, 2006 9:52 AM
**To:** 'Guy B. Wallace'
**Cc:** GDiekmann@seyfarth.com; Becker, Evelyn; Douglas, Frederick L.
**Subject:** Satchell: Additional Time for Personnel Files

Guy,

We still have not received all of the personnel files ordered by Judge Illston. We are producing additional files today. I'm requesting an additional one week extension of time. Let me know if this presents a problem.

Thanks.

Frederick L. Douglas
Lead Counsel--Litigation
Federal Express Corporation
3620 Hacks Cross Rd., Building B, 3rd Floor
Memphis, TN 38125
Telephone: 901/434-8519
Cell: 901/848-3619
Facsimile: 901/434-9271

10/27/2006

**ATTACHMENT 2**

| | |
|---|---|
| 1 | |
| 2 | Frederick Douglas<br>(Admitted Pro Hac Vice)<br>FEDERAL EXPRESS CORPORATION |
| 3 | 3620 Hacks Cross Road<br>Building B, 3rd Floor |
| 4 | Memphis, Tennessee 38125<br>Telephone: (901) 434-8519 |
| 5 | Facsimile: (901) 434-9271 |
| 6 | SEYFARTH SHAW LLP<br>Gilmore F. Diekmann, Jr. (SBN: 050400) |
| 7 | Francis J. Ortman, III (SBN: 213202)<br>560 Mission Street, Suite 3100 |
| 8 | San Francisco, California 94105<br>Telephone: (415) 397-2823 |
| 9 | Facsimile: (415) 397-8549 |
| 10 | Evelyn L. Becker (CA SBN: 170903) |
| 11 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW |
| 12 | Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 13 | Facsimile: (202) 383-5414 |
| 14 | Attorneys for Defendant<br>FEDEX EXPRESS |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, DANIEL SHERMAN, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case No. C03-02659 SI; C03-02878 SI<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Order Granting Extension Of Time

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Federal Express Corporation's requests for an extension of time up through and including November 10, 2006, to produce the balance of the personnel files listed in the Willson declaration, is GRANTED. |

*[Signature: Susan Illston]*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT
JUDGE

Date: _____

Doc. No. 620496

Order Granting Extension Of Time