1  [Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION AND DOCUMENTS PRODUCED BY PLAINTIFFS' EXPERT ANTHONY G. GREENWALD, PH.D.**_____ |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

564800.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-2659 SI; C 03-2878 SI

WHEREAS, Defendant FedEx Express served its Request for Production of Documents From the Files and Records of Anthony G. Greenwald, Ph.D. on September 8, 2006;

WHEREAS, the deadline for Plaintiffs to serve responses and/or objections to Defendant's request was October 9, 2006;

WHEREAS, on September 20 and 21, 2006, Plaintiffs produced documents to Defendant in anticipation of Dr. Greenwald's September 22, 2006 deposition prior to responding to the discovery request;

WHEREAS, the September 22, 2006 deposition did not conclude, and Plaintiffs produced more documents on September 25, 2006;

WHEREAS, Dr. Greenwald believes that certain responsive documents, data, and correspondence that were produced are confidential and/or proprietary;

WHEREAS, the parties met and conferred regarding those claimed confidential and proprietary documents and agreed to this Stipulation;

The parties, through their counsel, hereby stipulate and agree as follows:

1. The following categories of documents produced by Plaintiffs to Defendant FedEx Express[1] that were responsive to FedEx's September 8, 2006 Request for Production of Documents From the Files and Records of Anthony G. Greenwald, Ph.D. —as well as testimony relating to them—are to be (a) treated as proprietary and confidential; (b) used or considered only for the purpose of this litigation; and (c) viewed or considered only by FedEx counsel and its experts, Drs. Campion and Tetlock (who must sign the Consent to Be Bound by This Agreement (attached as Exhibit A)) for use in this litigation.

    a. Documents and electronic files provided to Dr. Greenwald by the other authors of the Poehlman IAT meta-analysis (cited in Dr. Greenwald's expert report), including, but not limited to, the underlying data used in the analysis and correspondence relating to it;

---

[1] The documents at issue were all produced electronically by Plaintiffs to Defendant FedEx Express on September 21 and 25, 2006.

564800.1      - 1 -      STIPULATION AND [PROPOSED] ORDER
CASE NO. C 03-2659 SI; C 03-2878 SI

b. Correspondence or other records of communications among the authors of the Poehlman IAT meta-analysis relating to conducting the substantive analysis; and

c. Editorial correspondence relating to the submission for possible publication of the Poehlman IAT meta-analysis, including, but not limited to, referee reports, reviews, and letters from editors.

SO STIPULATED.

Dated: November 9, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ James M. Finberg

James M. Finberg
Bill Lann Lee
Eve H. Cervantez
Daniel E. Barenbaum
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

Dated: ~~October~~ Nov. 7, 2006     SEYFARTH & SHAW LLP

By: _____
Gilmore F. Diekmann, Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Frederick Douglas
FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____          _____
                                Hon. Susan Illston
                                United States District Judge

# **EXHIBIT A**

CONSENT TO BE BOUND BY THIS AGREEMENT

    I, _____, hereby acknowledge that I have been provided with a copy of the Stipulation and Order Regarding Deposition and Documents Produced by Plaintiffs' Expert Anthony G. Greenwald, Ph.D. ("Order") which has been entered by the Court in Satchell v. FedEx Express Corp., Case Nos. C-03-2659 SI, C-03-02878 SI (N.D. Cal.).

    I hereby agree to be bound by the terms of the Order; to not reveal any confidential or proprietary documents or testimony encompassed by the Order to anyone not designated by the Order; and to not use those documents and testimony for any purpose not directly related to this litigation.

_____    _____
DATE    SIGNATURE