[Names and Addresses of Counsel
Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware corporation, <br><br> Defendant. | Case No. C 03-2659 SI <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE STATEMENT RE: PROMOTIONS CLAIMS FROM <u>NOVEMBER 28 TO DECEMBER 1, 2006</u>** |
| CALDWELL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDEX CORPORATION, et al., <br><br> Defendants. | Case No. C 03-02878 SI |

WHEREAS, on November 14, 2006, to Court ordered Plaintiffs' Counsel to file by November 28, 2006 a statement further clarifying the class' promotions claims;

577974.1 - 1 -  STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
CASE NO. C 03-2659 SI; C 03-2878 SI

1  WHEREAS, due to the Thanksgiving holiday and the preexisting travel plans of
2  Plaintiffs' Counsel and its statistical expert, complying with that deadline presented a hardship for
3  Class Counsel,
4  The parties have stipulated and agreed as follows:
5  1.  Class Counsel shall have up to, and including, December 1, 2006, to file
6  the Statement required by the Court's November 14, 2006 Order.
7  SO STIPULATED.

Dated: November 17, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ James M. Finberg
James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

SCHNEIDER & WALLACE
Todd Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

```
 1    KAY MCKENZIE PARKER (SBN 143140)
      225 Bush Street, 16th Floor
 2    San Francisco, CA 94104
      Telephone: (415) 227-9622
 3    Facsimile: (415) 227-4522

 4    WAUKEEN Q. MCCOY (SBN 168228)
      703 Market Street, Suite 1407
 5    San Francisco, CA 94103
      Telephone: (415) 675-7705
 6    Facsimile: (415) 675-2530

 7    Class Counsel

 8

 9    Dated: November 17, 2006        SEYFARTH & SHAW LLP

10                                    By: /s/ Gilmore F. Diekmann
11                                        Gilmore F. Diekmann, Jr. (SBN 050400)

12                                    560 Mission Street, Suite 3100
                                      San Francisco, CA 94105
13                                    Telephone: (415) 397-2823
                                      Facsimile: (415) 397-8549
14
                                      O'MELVENY & MYERS LLP
15                                    Evelyn Becker
                                      1625 Eye Street, N.W.
16                                    Washington, D.C. 20006-4001
                                      Telephone: (202) 383-5300
17                                    Facsimile: (202) 383-5414

18    : November __, 2006             FEDERAL EXPRESS CORP.
                                      Frederick Douglas
19                                    3620 Hacks Cross Road, Bldg. B, 3rd fl.
                                      Memphis, TN 38125-8800
20                                    Telephone: (901) 434-8519
                                      Facsimile: (901) 434-9271
21
                                      Counsel for Defendant
22

23
                                    **ORDER**
24
             The foregoing stipulation is approved, and IT IS SO ORDERED.
25
                                                   /s/ Susan Illston
26    Dated: _____    _____
                                                  Hon. Susan Illston
27                                              United States District Judge

28
```