[Names and Addresses of Counsel
Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR FILING PRETRIAL CONFERENCE STATEMENT AND *IN LIMINE* MOTIONS DIRECTED AT LAY WITNESSES** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

WHEREAS, under the Court's November 28, 2005 Pretrial Preparation Order, the parties' Pretrial Conference Statement is currently due on January 8, 2007;

WHEREAS, because of the approaching holidays, and a mediation set for

December 28 and 29, 2006, meeting that deadline would be very difficult for the parties;

WHEREAS, the parties would also like an opportunity to make *in limine* motions directed at witnesses after the exchange of witness lists;

The parties stipulate and agree as follows:

1. The deadline for filing of the Pretrial Conference Statement shall be continued from Monday, January 8, 2007 to Friday, January 12, 2007;

2. The deadline for filing *in limine* motions directed to witnesses shall be extended to January 16, 2007, with the deadline for oppositions to such motions extended to January 22, 2007.

SO STIPULATED.

Dated: December 20, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

SCHNEIDER & WALLACE
Todd Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

Dated: December 20, 2006

SEYFARTH & SHAW LLP

By: _____
Gilmore F. Diekmann, Jr. (SBN 050400)

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

O'MELVENY & MYERS LLP
Evelyn Becker
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

FEDERAL EXPRESS CORP.
Frederick Douglas
3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

*Counsel for Defendant*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
United States District Judge