Kelly M. Dermody (SBN 171716)
Bill Lann Lee (SBN 108452)
Daniel E. Barenbaum (SBN 209261)
Lexi J. Hazam (SBN 224457)
Chimene I. Keitner (SBN 226948)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN L. BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 675-2530

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

James M. Finberg (SBN 1148500)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Class Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FILED DECEMBER 8, 2006<br><br>PLACE: Courtroom 10, 19th Floor<br>JUDGE: Hon. Susan Illston |

1    The parties, through their counsel, hereby stipulate and agree as follows:

2    WHEREAS plaintiffs filed the following evidentiary motions on December 8, 2006: 1)
Motion for an Order Precluding Defendants from Introducing Evidence Regarding the Racial
Composition of Upper-Level Management (docket no. 532); and 2) Motion to Preclude Non-
Rebuttal Labor Economist Opinion of Mary Baker Raised for the First Time in Her Rebuttal
Report, or, in the Alternative, to Permit Plaintiffs to Submit a Rebuttal Report of a Labor
Economist (docket no. 533);

WHEREAS plaintiffs originally noticed these motions for hearing on January 12, 2007,
with opposition briefs due December 22, 2006 and reply briefs due December 29, 2006;

WHEREAS the Court continued the hearing dates for these motions to January 23, 2007;

WHEREAS defendant FedEx Express filed its opposition briefs to these motions on
January 3, 2007;

WHEREAS plaintiffs, if required to file their opposition briefs on January 9, 2007, would
not have the full one-week period available under the Local Rules for filing reply briefs;

THEREFORE, it is hereby stipulated that:

Plaintiffs may have until January 10, 2007 to file their reply briefs for these two motions.

DATED: January 3, 2007

ALTSHULER BERZON LLP

Claire Prestel

James M. Finberg
Eve H. Cervantez
Danielle E. Leonard
Claire Prestel
177 Post Street, Suite 300
San Francisco, CA 94108

---

1

STIP. AND [PROP.] ORDER RE: BRIEF. SCHED. FOR 12/8/06 MOTS. – Case Nos. 03-02659 SI, 03-02878 SI

Kelly M. Dermody
Bill Lann Lee
Daniel E. Barenbaum
Chimène I. Keitner
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider
Guy B. Wallace
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN L. BURRIS
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telphone: (510) 839-5210
Facsimile: (415) 421-7105

MICHAEL S. DAVIS
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

| | | |
|---|---|---|
| 1 | DATED: January 3, 2007 | SEYFARTH & SHAW LLP |

/s/
Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telphone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____ _____
Hon. Susan Illston
United States District Judge