| | |
|---|---|
| 1 | James M. Finberg (SBN 114850) |
| | Eve H. Cervantez (SBN 164709) |
| 2 | Danielle E. Leonard (SBN 218201) |
| | Claire Prestel (SBN 235649) |
| 3 | ALTSHULER BERZON LLP |
| | San Francisco, CA 94108 |
| 4 | 177 Post Street, Suite 300 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
San Francisco, CA 94108
177 Post Street, Suite 300
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Additional class counsel appear on signature page.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware Corporation, <br><br> Defendant. | Case Nos. C03-02659 SI; C03-02878 SI <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE <br><br> PLACE: Courtroom 10, 19th Floor <br> JUDGE: Hon. Susan Illston |

STIP. AND [PROP.] ORDER CONTINUING PRETRIAL CONFERENCE. – Case Nos. 03-02659 SI, 03-02878 SI

The parties have been preparing diligently for trial. Because of delays caused by holiday schedules and by participation in a two-day mediation session, however, the parties agree that additional time to prepare for the Pretrial Conference is needed. Accordingly, the parties stipulate as follows:

1. The Pretrial Conference is continued from January 23, 2007 at 3:30 p.m. to January 30, 2007 at 3:30 p.m.

2. The Pretrial Conference Statement is due January 19, 2007.

3. All other deadlines tied to the Pretrial Conference date will be determined according to the Court's November 29, 2005 Pretrial Order, assuming a Pretrial Conference scheduled for January 30, 2007 at 3:30 p.m.

4. The three motions filed by plaintiffs on December 8, 2006 are continued for hearing from January 23, 2007 at 3:30 p.m. to January 30, 2007 at 3:30 p.m. The deadline for reply briefs in support of those motions will be 14 days before the January 30, 2007 hearing date, pursuant to Local Rule 7–3 and superseding the parties' Stipulation and [Proposed] Order filed January 3, 2007.

DATED: Jan. 8, 2007

ALTSHULER BERZON LLP

Claire Prestel

James M. Finberg
Eve H. Cervantez
Danielle E. Leonard
Claire Prestel
177 Post Street, Suite 300
San Francisco, CA 94108

Todd M. Schneider
Guy B. Wallace
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

1

STIP. AND [PROP.] ORDER CONTINUING PRETRIAL CONFERENCE – Case Nos. 03-02659 SI, 03-02878 SI

| | |
|---|---|
| 1 | JOHN L. BURRIS |
| | 7677 Oakport Bldg., Suite 1120 |
| 2 | Oakland, CA 94612 |
| | Telephone: (510) 839-5210 |
| 3 | Facsimile: (415) 421-7105 |
| 4 | MICHAEL S. DAVIS |
| | 345 Hill Street |
| 5 | San Francisco, CA 94109 |
| | Telephone: (415) 282-4315 |
| 6 | Facsimile: (415) 358-5576 |
| 7 | Kelly M. Dermody |
| | Daniel E. Barenbaum |
| 8 | Chimène I. Keitner |
| | LIEFF, CABRASER, HEIMANN & |
| 9 | BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 10 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 11 | Facsimile: (415) 956-1008 |
| 12 | WAUKEEN Q. MCCOY |
| | 703 Market Street, Suite 1407 |
| 13 | San Francisco, CA 94103 |
| | Telephone: (415) 675-7705 |
| 14 | Facsimile: (415) 675-2530 |
| 15 | KAY MCKENZIE PARKER |
| | 225 Bush Street, 16th Floor |
| 16 | San Francisco, CA 94104 |
| | Telephone: (415) 227-9622 |
| 17 | Facsimile: (415) 227-4522 |
| 18 | |
| 19 | *Class Counsel* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| DATED: January 3, 2007 | SEYFARTH & SHAW LLP |
| | /s/ Gilmore F. Diekmann Jr. |
| | Gilmore F. Diekmann Jr. |

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

3
STIP. AND [PROP.] ORDER CONTINUING PRETRIAL CONFERENCE – Case Nos. 03-02659 SI, 03-02878 SI

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____

_____
Hon. Susan Illston
United States District Judge