Frederick L. Douglas frederick.douglas@fedex.com
(Admitted Pro Hac Vice)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN: 050400) gdiekmann@seyfarth.com
Francis J. Ortman, III (SBN: 213202) fortman@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Evelyn L. Becker (SBN: 170903)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants
FEDEX EXPRESS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, DANIEL SHERMAN, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all other similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>      Defendants. | Case Nos. C 03-02659 SI; C03-02878 SI<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING CLASS CLAIMS UNDER THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT** |

1   WHEREAS, on November 14, 2006, this Court granted Plaintiffs' Motion To File A
2   Third Amended Complaint that did not include the class claims under the California Fair
3   Employment and Housing Act ("FEHA") previously certified by the Court;
4   WHEREAS, the Third Amended Complaint filed by plaintiffs deleted the previously
5   certified class claims under the FEHA;
6   WHEREAS, the parties agree that the class claims under the FEHA therefore should be
7   dismissed with prejudice;
8   WHEREAS, the parties agree that judgment on the dismissed class FEHA claims shall be
9   entered at the same time that judgment on the rest of the claims in this case is entered;
10  THEREFORE, the parties hereby stipulate and agree that the class FEHA claims
11  previously certified by the Court shall be dismissed with prejudice, and request that the Court so
12  order.
13  DATED: December 5, 2006.

_____/s/_____          _____/s/_____
Eve H. Cervantez                              Gilmore F. Diekmann, Jr.
LIEFF, CABRASER, HEIMANN                      SEYFARTH & SHAW LLP
 & BERNSTEIN, LLP                             560 Mission Street, Suite 3100
275 Battery Street, 30th Floor                San Francisco, CA 94105
San Francisco, CA 94111-3339                  Telephone: (415) 397-2823
Telephone: (415) 956-1000                     Facsimile: (415) 397-8549
Facsimile: (415) 956-10018                    *Counsel for the Defendant*
*Class Counsel*

**ORDER**

Based upon the foregoing, and good cause appearing,

IT IS ORDERED that the class claims previously certified by the Court under the California Fair Employment and Housing Act are dismissed with prejudice.

DATED: December \_\_\_\_, 2006.           _____
                                        UNITED STATES DISTRICT COURT JUDGE

1
Order Dismissing Class Claims Under the FEHA / Case Nos. C03-02659 SI; C03-02878 SI

SF1 28270132.1 / 24571-000006