| | |
|---|---|
| 1 | James M. Finberg (SBN 114850)<br>Eve H. Cervantez (SBN 164709) |
| 2 | Danielle E. Leonard (SBN 218201)<br>Claire Prestel (SBN 235649) |
| 3 | ALTSHULER BERZON LLP<br>177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108<br>Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |
| 6 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151) |
| 7 | SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000 |
| 8 | San Francisco, CA 94104<br>Telephone: (415) 421-7100 |
| 9 | Facsimile: (415) 421-7105 |
| 10 | Kelly M. Dermody (SBN 171716)<br>Daniel E. Barenbaum (SBN 209261) |
| 11 | Chimène I. Keitner (SBN 226948)<br>LIEFF, CABRASER, HEIMANN & |
| 12 | BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 13 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 14 | Facsimile: (415) 956-1008 |
| 15 | *Additional class counsel appear*<br>*on signature page.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | DERRICK SATCHELL, KALINI BOYKIN, ) VALERIE BROWN, RICK GONZALES, ) CYNTHIA GUERRERO, RACHEL ) HUTCHINS, TYRONE MERRITT, KELVIN ) SMITH, SR., and KEN STEVENSON, on behalf ) of themselves and all others similarly situated, ) ) Plaintiffs, ) ) v. ) ) FEDEX EXPRESS, a Delaware Corporation, ) ) Defendant. ) | Case Nos. C03-02659 SI; C03-02878 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR AN ORDER FINDING SNYDER DEPOSITION TESTIMONY TO BE ADMISSIBLE, AND THE SUPPORTING PRESTEL DECLARATION, TO BE FILED UNDER SEAL |

STIP. AND [PROP.] ORDER RE: FILING REPLY AND DEC. UNDER SEAL – Case No. C06 4021 MJJ

WHEREAS on November 21, 2005 the Court ordered that any portion of the depositions of Michael John Snyder taken in *Pettaway-Vint v. Federal Express Corp.* or *Simonian v. Federal Express Corp.* that are filed with the Court should be filed under seal;

WHEREAS on August 30, 2006 the Court ordered that the deposition of Mr. Snyder taken in this case should also be filed under seal;

WHEREAS the reply brief submitted for filing by plaintiffs on January 10, 2007 (titled Plaintiffs' Reply in Support of Motion for an Order Filing Snyder Deposition Testimony to Be Admissible) discusses and quotes from the Snyder depositions that the Court has ordered should only be filed under seal;

WHEREAS the supporting Declaration of Claire Prestel submitted for filing on January 10, 2007 attaches excerpts from Mr. Snyder's *Simonian* deposition as an exhibit;

THEREFORE, the Parties, by and through their counsel, stipulate and request that plaintiffs' reply brief and the supporting Prestel Declaration submitted January 10, 2007 may be filed under seal pursuant to Local Rule 79-5 and this Court's November 21, 2005 and August 30, 2006 orders.

Dated: January 12, 2007                    ALTSHULER BERZON LLP

                                           By: /s/ Claire Prestel
                                               Claire Prestel

                                           James M. Finberg (SBN 114850)
                                           Eve H. Cervantez (SBN 164709)
                                           Danielle E. Leonard (SBN 218201)
                                           Claire Prestel (SBN 235649)
                                           177 Post Street, Suite 300
                                           San Francisco, CA 94108
                                           Telephone: (415) 421-7151
                                           Facsimile: (415) 362-8064

                                           Todd M. Schneider (SBN 158253)
                                           Guy B. Wallace (SBN 176151)
                                           SCHNEIDER & WALLACE
                                           180 Montgomery Street, Suite 2000
                                           San Francisco, CA 94104
                                           Telephone: (415) 421-7100
                                           Facsimile: (415) 421-7105

1
STIP. AND [PROP.] ORDER RE: FILING REPLY AND DEC. UNDER SEAL – Case No. C06 4021 MJJ

| | |
|---|---|
| 1 | Kelly M. Dermody (SBN 171716) |
| 2 | Daniel E. Barenbaum (SBN 209261) |
| | Chimène I. Keitner (SBN 226948) |
| 3 | LIEFF, CABRASER, HEIMANN |
| |   & BERNSTEIN, LLP |
| 4 | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

KAY MCKENZIE PARKER (SBN 143140)
703 Market Street, Suite 1401
San Francisco, CA 94103
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

*Class Counsel*

DATED: January 12, 2007

SEYFARTH & SHAW LLP

*Gil Dickmann /CP*
Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telphone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA