1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  Danielle E. Leonard (SBN 218201)
   Claire Prestel (SBN 235649)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064

6  Kelly M. Dermody (SBN 171716)
   Daniel E. Barenbaum (SBN 209261)
7  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
8  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
9  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
10
   Todd M. Schneider (SBN 158253)
11 Guy B. Wallace (SBN 176151)
   SCHNEIDER & WALLACE
12 180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
13 Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
14
   *Additional class counsel appear*
15 *on signature page.*

16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 DERRICK SATCHELL, KALINI BOYKIN,      )  Case Nos. C03-02659 SI; C03-02878 SI
   VALERIE BROWN, RICK GONZALES,         )
21 CYNTHIA GUERRERO, RACHEL              )  CLASS ACTION
   HUTCHINS, TYRONE MERRITT, KELVIN      )
22 SMITH, SR., and KEN STEVENSON, on     )  STIPULATION AND [PROPOSED]
   behalf of themselves and all others similarly ) ORDER ALLOWING DEFENDANT'S
23 situated,                             )  MOTION IN LIMINE NO. 8, PLAINTIFFS'
                                         )  OPPOSITION TO THAT MOTION, AND
24              Plaintiffs,              )  PLAINTIFFS' SUPPORTING PRESTEL
                                         )  DECLARATION TO BE FILED UNDER
25       v.                              )  SEAL
                                         )
26 FEDEX EXPRESS, a Delaware Corporation,)
                                         )
27              Defendant.               )
   _____)
28

STIP. AND [PROP.] ORDER RE: FILING UNDER SEAL – Case Nos. C03-02659 SI, C03-02878 SI

1   WHEREAS on November 9, 2006, the parties submitted a stipulation and [proposed]
2   order providing that certain materials produced by plaintiffs to defendant FedEx Express
3   ("FedEx") should be treated as proprietary and confidential and viewed or considered only by
4   FedEx counsel and its experts Drs. Campion and Tetlock, *see* Docket No. 519;
5   WHEREAS on November 9, 2006, the Court approved the parties' stipulation and signed
6   the proposed order, *see* Docket No. 520;
7   WHEREAS the materials covered by the Court's Order include the following: "Editorial
8   correspondence relating to the submission for possible publication of the Poehlman IAT meta-
9   analysis, including, but not limited to, referee reports, reviews, and letters from editors";
10  WHEREAS FedEx has filed a motion *in limine* that relies on and quotes from
11  confidential "[e]ditorial correspondence" covered by the Court's November 9, 2006 Order (*see*
12  Docket No. 609, Defendant's Motion in Limine No. 8 (To Exclude Testimony Based on the
13  Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT));
14  WHEREAS plaintiffs intend to discuss and quote from confidential correspondence
15  covered by the Court's November 9, 2006 Order in their opposition brief due February 2, 2007;
16  WHEREAS plaintiffs also intend to attach some of the confidential correspondence as
17  exhibits to a declaration in support of their February 2 opposition brief;
18  WHEREAS the only way to abide by the parties' November 9, 2006 stipulation and the
19  Court's November 9, 2006 Order is to file documents containing the confidential correspondence
20  under seal;
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1

STIP. AND [PROP.] ORDER RE: FILING UNDER SEAL – Case Nos. C03-02659 SI, C03-02878 SI

1  THEREFORE, the parties, by and through their counsel, stipulate and request that

2  1. Defendant's Motion in Limine No. 8 (To Exclude Testimony Based on the Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT) be removed from the publicly available file and placed under seal pursuant to Local Rule 79-5 and this Court's November 9, 2006 Order.

2. Plaintiffs' Opposition to FedEx's Motion *In Limine* No. 8 (To Exclude Testimony Based on the Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT), and the supporting Declaration of Claire Prestel, submitted February 2, 2007, may be filed under seal pursuant to Local Rule 79-5 and this Court's November 9, 2006 Order.

Dated: February 2, 2007

ALTSHULER BERZON LLP

_____
Claire Prestel

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

|   |   |
|---|---|
| 1 | MICHAEL S. DAVIS (SBN 160045) |
| 2 | 345 Hill Street<br>San Francisco, CA 94109 |
|   | Telephone: (415) 282-4315 |
| 3 | Facsimile: (415) 358-5576 |
| 4 | JOHN BURRIS (SBN 69888) |
|   | 7677 Oak Port St., Suite 1120 |
| 5 | Oakland, CA 94612 |
|   | Telephone: (510) 839-5210 |
| 6 | Facsimile: (510) 839-3882 |

```
 1                            MICHAEL S. DAVIS (SBN 160045)
                              345 Hill Street
 2                            San Francisco, CA 94109
                              Telephone: (415) 282-4315
 3                            Facsimile: (415) 358-5576

 4                            JOHN BURRIS (SBN 69888)
                              7677 Oak Port St., Suite 1120
 5                            Oakland, CA 94612
                              Telephone: (510) 839-5210
 6                            Facsimile: (510) 839-3882

 7                            KAY MCKENZIE PARKER (SBN 143140)
                              225 Bush Street, 16th Floor
 8                            San Francisco, CA 94104
                              Telephone: (415) 227-9622
 9                            Facsimile: (415) 227-4522

10                            WAUKEEN Q. MCCOY (SBN 168228)
                              703 Market Street, Suite 1407
11                            San Francisco, CA 94103
                              Telephone: (415) 675-7705
12                            Facsimile: (415) 675-2530

13                            Barry Goldstein (SBN 141868)
                              GOLDSTEIN, DEMCHAK, BALLER,
14                              BORGEN DARDARIAN
                              300 Lakeside Drive, Suite 1000
15                            Oakland, CA 94612
                              Telephone: (510) 763-9800
16                            Facsimile: (510) 834-1417

17                            Class Counsel

18

19   DATED: February 2, 2007   SEYFARTH & SHAW LLP

20

21                             _____
                                  Gilmore F. Diekmann Jr.
22
                               560 Mission Street, Suite 3100
23                             San Francisco, CA 94105
                               Telephone: (415) 397-2823
24                             Facsimile: (415) 397-8549

25                             FEDERAL EXPRESS CORP.
                               3620 Hacks Cross Road, Bldg. B, 3d Fl.
26                             Memphis, TN 38125-8800
                               Telephone: (901) 434-8519
27                             Facsimile: (901) 434-9271

28
```

3

STIP. AND [PROP.] ORDER RE: FILING UNDER SEAL – Case Nos. C03-02659 SI, C03-02878 SI

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

---

4

STIP. AND [PROP.] ORDER RE: FILING UNDER SEAL – Case Nos. C03-02659 SI, C03-02878 SI

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____    _____
                                                                               Hon. Susan Illston
                                                                          United States District Judge