1  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
2  Nancy Park (SBN 236750)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5

6  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
7  Claire Prestel (SBN 235649)
   ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
   San Francisco, CA 94108
9  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064

10
   Kelly M. Dermody (SBN 171716)
11 Daniel E. Barenbaum (SBN 209261)
   LIEFF, CABRASER, HEIMANN &
12    BERNSTEIN, LLP
   275 Battery Street, 30th Floor
13 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
14 Facsimile: (415) 956-1008

15 *Additional Class Counsel appear on
    signature page*

16
17                          UNITED STATES DISTRICT COURT
18                         NORTHERN DISTRICT OF CALIFORNIA
19

| 20 | DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated; | Case No. C 03-2659 SI; C 03-2878 SI |
|---|---|---|
|   |   | CLASS ACTION |
|   |   | **[proposed] ORDER GRANTING PLAINTIFFS' REQUEST TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 7-10(b)** |
|   | Plaintiffs, | Date: March 2, 2007 |
|   | v. | Time: 9:00 a.m. |
|   | FEDEX EXPRESS, a Delaware corporation; | Place: Courtroom 10 |
|   | Defendant. |   |

Having reviewed *Plaintiffs' Request to Exceed Page Limit* and finding good cause therein, the Court GRANTS Plaintiffs' request.

Dated: _____  _____
SUSAN ILLSTON
United States District Judge

James M. Finberg (SBN 115850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN,
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oak Port Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Nancy J. Park (SBN 236750)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Barry Goldstein, (SBN 141868)
GOLDSTEIN, DEMCHAK, BALLER
 BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

*Class Counsel*