James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Additional class counsel appear
on signature page.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br><u>CLASS ACTION</u><br><br><u>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PARTIES' VERDICT FORM DISPUTES AND CONTINUING FILING DEADLINE FOR PRETRIAL CONFERENCE STATEMENT</u> |

STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI

WHEREAS, as indicated to the Court during the January 12, 2007 case management conference, the parties disagree about whether certain issues, such as the validity of the Basic Skills Test ("BST") and whether there is a statistically significant disparity with respect to promotions, compensation, and discipline, should properly be decided by the jury or the Court;

WHEREAS, as a result, the parties also disagree about the conceptual framework for a verdict form;

WHEREAS the parties agree that their verdict-form disputes should be resolved after briefing and that resolution of these disputes will aid the parties in preparing for trial;

WHEREAS the parties also agree that additional time is needed to meet and confer about evidentiary objections, jury instructions, and disputed and undisputed facts – all matters to be addressed in the Joint Pretrial Conference Statement currently due February 27, 2007;

THEREFORE, the parties, by and through their counsel, stipulate and request that:

(1) The parties shall file simultaneous briefs regarding whether the Court or the jury should decide the issues of the validity of the BST and whether there is a statistically significant disparity with respect to promotions, compensation, and discipline on March 2, 2007;

(2) The parties shall file simultaneous responsive briefs on March 9, 2007;

(3) The parties' disputes regarding their proposed verdict forms will be heard during the Pretrial Conference on March 13, 2007 at 3:30 p.m., or on the following date and time before trial chosen by the Court: _____ .

//
//
//
//
//
//
//
//
//

---

1

STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI

1  (4) The deadline for filing the Joint Pretrial Conference Statement will be continued from
2  February 27, 2007 to March 2, 2007.

4  Dated: **Feb. 20**, 2007     ALTSHULER BERZON LLP

    By: /s/ James M. Finberg

    James M. Finberg (SBN 114850)
    Eve H. Cervantez (SBN 164709)
    Danielle E. Leonard (SBN 218201)
    Claire Prestel (SBN 235649)
    177 Post Street, Suite 300
    San Francisco, CA 94108
    Telephone: (415) 421-7151
    Facsimile: (415) 362-8064

    Kelly M. Dermody (SBN 171716)
    Daniel E. Barenbaum (SBN 209261)
    LIEFF, CABRASER, HEIMANN
     & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
    San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008

    Todd M. Schneider (SBN 158253)
    Guy B. Wallace (SBN 176151)
    SCHNEIDER & WALLACE
    180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
    Telephone: (415) 421-7100
    Facsimile: (415) 421-7105

    MICHAEL S. DAVIS (SBN 160045)
    345 Hill Street
    San Francisco, CA 94109
    Telephone: (415) 282-4315
    Facsimile: (415) 358-5576

    JOHN BURRIS (SBN 69888)
    7677 Oak Port St., Suite 1120
    Oakland, CA 94612
    Telephone: (510) 839-5210
    Facsimile: (510) 839-3882

    KAY MCKENZIE PARKER (SBN 143140)
    225 Bush Street, 16th Floor
    San Francisco, CA 94104
    Telephone: (415) 227-9622
    Facsimile: (415) 227-4522

|  |  |
|---|---|
| 1 | WAUKEEN Q. MCCOY (SBN 168228) |
| 2 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 3 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 4 | Barry Goldstein (SBN 141868) |
| 5 | GOLDSTEIN, DEMCHAK, BALLER,<br>BORGEN DARDARIAN |
| 6 | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| 7 | Telephone: (510) 763-9800<br>Facsimile: (510) 834-1417 |
| 8 | *Class Counsel* |

DATED: February 20, 2007

SEYFARTH & SHAW LLP

*/s/ Gilmore F. Diekmann Jr. /CP*

Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

---

3

STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____     _____
Hon. Susan Illston
United States District Judge

---

4
STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI