James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Additional class counsel appear on signature page.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br><u>CLASS ACTION</u><br><br><u>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PARTIES' VERDICT FORM DISPUTES</u> |

---

STIP. AND [PROP.] ORDER RE: VERDICT FORM BRIEFS – Case Nos. C03-02659 SI, C03-02878 SI

1  WHEREAS the trial date in this case has been continued to May 7, 2007, the Final
2  Pretrial Conference has been continued to April 17, 2007 at 3:30 p.m., and the deadline for filing
3  the Joint Pretrial Statement has been continued to April 3, 2007;

4  WHEREAS the parties agree that the deadlines for filing their briefs about verdict form
5  disputes should also be continued to track the new trial schedule and to allow the parties time to
6  continue with settlement negotiations;

7  THEREFORE, the parties, by and through their counsel, stipulate and request that:

8  (1) The parties shall file their simultaneous briefs regarding whether the Court or the jury
9  should decide the issues of the validity of the BST and whether there is a statistically significant
10 disparity with respect to promotions, compensation, and discipline on April 3, 2007, rather than
11 on March 2, 2007;

12 (2) The parties shall file simultaneous responsive briefs on April 10, 2007, rather than on
13 March 9, 2007;

14 (3) The parties' disputes regarding their proposed verdict forms will be heard during the
15 Pretrial Conference on April 17, 2007 at 3:30 p.m., or on the following date and time before trial
16 chosen by the Court: _____.

17

18 Dated: Feb. 27, 2007          ALTSHULER BERZON LLP

19                                By: /s/ Eve Cervantez
20                                    Eve Cervantez

21                                James M. Finberg (SBN 114850)
                                  Eve H. Cervantez (SBN 164709)
22                                Danielle E. Leonard (SBN 218201)
                                  Claire Prestel (SBN 235649)
23                                177 Post Street, Suite 300
                                  San Francisco, CA 94108
24                                Telephone: (415) 421-7151
                                  Facsimile: (415) 362-8064
25 //
26 //
27 //
28 //

1

STIP. AND [PROP.] ORDER RE: VERDICT FORM BRIEFS – Case Nos. C03-02659 SI, C03-02878 SI

| | |
|---|---|
| 1 | Kelly M. Dermody (SBN 171716) |
| 2 | Daniel E. Barenbaum (SBN 209261)<br>LIEFF, CABRASER, HEIMANN |
| 3 |   & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 4 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 5 | Facsimile: (415) 956-1008 |
| 6 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151) |
| 7 | SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000 |
| 8 | San Francisco, CA 94104<br>Telephone: (415) 421-7100 |
| 9 | Facsimile: (415) 421-7105 |
| 10 | MICHAEL S. DAVIS (SBN 160045)<br>345 Hill Street |
| 11 | San Francisco, CA 94109<br>Telephone: (415) 282-4315 |
| 12 | Facsimile: (415) 358-5576 |
| 13 | JOHN BURRIS (SBN 69888)<br>7677 Oak Port St., Suite 1120 |
| 14 | Oakland, CA 94612<br>Telephone: (510) 839-5210 |
| 15 | Facsimile: (510) 839-3882 |
| 16 | KAY MCKENZIE PARKER (SBN 143140)<br>225 Bush Street, 16th Floor |
| 17 | San Francisco, CA 94104<br>Telephone: (415) 227-9622 |
| 18 | Facsimile: (415) 227-4522<br>WAUKEEN Q. MCCOY (SBN 168228) |
| 19 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 20 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 21 | Barry Goldstein (SBN 141868) |
| 22 | GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN DARDARIAN |
| 23 | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| 24 | Telephone: (510) 763-9800<br>Facsimile: (510) 834-1417 |
| 25 | *Class Counsel* |
| 26 | // |
| 27 | // |
| 28 | // |

2

STIP. AND [PROP.] ORDER RE: VERDICT FORM BRIEFS – Case Nos. C03-02659 SI, C03-02878 SI

| | | |
|---|---|---|
| 1 | DATED: Feb. 27, 2007 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | *Gilmore Diekmann* /CP |
| | | Gilmore F. Diekmann Jr. |
| 4 | | |
| 5 | | 560 Mission Street, Suite 3100 |
| | | San Francisco, CA 94105 |
| 6 | | Telephone: (415) 397-2823 |
| | | Facsimile: (415) 397-8549 |
| 7 | | FEDERAL EXPRESS CORP. |
| | | 3620 Hacks Cross Road, Bldg. B, 3d Fl. |
| 8 | | Memphis, TN 38125-8800 |
| | | Telephone: (901) 434-8519 |
| 9 | | Facsimile: (901) 434-9271 |
| 10 | | Evelyn Becker |
| | | O'MELVENY & MYERS LLP |
| 11 | | 1625 Eye Street, N.W. |
| | | Washington, D.C. 20006-4001 |
| 12 | | Telephone: (202) 383-5300 |
| | | Facsimile: (202) 383-5414 |
| 13 | | |
| 14 | | *Counsel for Defendant* |

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____        _____
                                     Hon. Susan Illston
                                     United States District Judge