1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  Danielle E. Leonard (SBN 218201)
   Claire Prestel (SBN 235649)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064

6  Kelly M. Dermody (SBN 171716)
   Daniel E. Barenbaum (SBN 209261)
7  LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
8  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
9  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008

10

11 *Additional class counsel appear
   on signature page.*

12

13
                    UNITED STATES DISTRICT COURT
14
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 DERRICK SATCHELL, KALINI BOYKIN,          ) Case Nos. C03-02659 SI; C03-02878 SI
   VALERIE BROWN, RICK GONZALES,             )
17 CYNTHIA GUERRERO, RACHEL                  ) <u>CLASS ACTION</u>
   HUTCHINS, TYRONE MERRITT, KELVIN          )
18 SMITH, SR., and KEN STEVENSON, on         ) STIPULATION AND [PROPOSED]
   behalf of themselves and all others similarly ) ORDER APPROVING REVISED NOTICE
19 situated,                                  ) AND CLAIM FORM
                                              )
20        Plaintiffs,                         )
                                              )
21     v.                                     )
                                              )
22 FEDEX EXPRESS, a Delaware Corporation,    )
                                              )
23        Defendant.                          )

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER APPROVING REVISED NOTICE AND CLAIM FORM
Case Nos. C03-02659 SI, C03-02878 SI

1  WHEREAS, the parties have concluded that since persons with valid disparate impact claims might not know, or believe, that they were discriminated against, class members should not have to state they believe they were discriminated against in order to participate in the distribution of the settlement fund;

The parties hereby stipulate and agree as follows:

1. The revised Claim form attached as Exhibit A, which deletes the questions asking whether class members believe they have been discriminated against, is approved as to form, and shall be mailed with the Class Notice, instead of the version attached to the Preliminary Approval Order.

2. The revised Class Notice, attached as Exhibit B, which modifies sections E and G of the Notice to conform to the changes in the Claim Form, is approved as to form, and supersedes the prior versions of the Notice approved by the Court.

Dated: May 11, 2007                By:            /s/
                                        James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

1
STIPULATION AND [PROPOSED] ORDER APPROVING REVISED NOTICE AND CLAIM FORM
Case Nos. C03-02659 SI, C03-02878 SI

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

JOHN BURRIS (SBN 69888)
7677 Oak Port Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522
WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

//

//

DATED: May 11, 2007              /s/ Frederick Douglas
                                 Frederick Douglas

                                 Jeana Littrell
                                 Frederick Douglas
                                 (Admitted Pro Hac Vice)
                                 FEDERAL EXPRESS CORP.
                                 3620 Hacks Cross Road, Bldg. B, 3d Fl.
                                 Memphis, TN 38125-8800
                                 Telephone: (901) 434-8519
                                 Facsimile: (901) 434-9271

                                 Evelyn Becker
                                 O'MELVENY & MYERS LLP
                                 1625 Eye Street, N.W.
                                 Washington, D.C. 20006-4001
                                 Telephone: (202) 383-5300
                                 Facsimile: (202) 383-5414

                                 *Counsel for Defendant*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: 5/14/07

_____
Hon. Susan Illston
United States District Judge

---

4

STIPULATION AND [PROPOSED] ORDER APPROVING REVISED NOTICE AND CLAIM FORM
Case Nos. C03-02659 SI, C03-02878 SI