UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>    Defendant. | Case No.: C03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br>**REVISED [PROPOSED] FINAL JUDGMENT** |
| PATRICIA CALDWELL, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>    Defendant. | |

| | |
|---|---|
| 1 | WHEREAS on April 13, 2007, this Court granted preliminary approval to the settlement of this action, embodied in the Consent Decree attached as Exhibit 1 to the Court's April 14, 2007 Order ("Preliminary Approval Order"). |

WHEREAS on April 13, 2007, this Court granted preliminary approval to the settlement of this action, embodied in the Consent Decree attached as Exhibit 1 to the Court's April 14, 2007 Order ("Preliminary Approval Order").

WHEREAS the Court granted final approval to the Consent Decree on August 9, 2007, finding that the Consent Decree and settlement embodied in it are fair, reasonable, and adequate within the meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and

WHEREAS the Court has found that the notice sent to class members fairly and adequately informed them of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Consent Decree and the Court's order preliminarily approving the settlement;

This Court hereby enters final judgment in this case, and dismisses it with prejudice, in accordance with the terms of the Consent Decree, attached as Exhibit 1 to the April 13, 2007 Order granting preliminary approval, and the Order (1) Confirming Final Certification of Classes and (2) Granting Final Approval to Class Action Settlement ("Final Approval Order"). The Court hereby permanently enjoins and restrains all monetary-relief Settlement Class members, other than those who timely opted out, from asserting any and all class claims that were released pursuant to the Consent Decree and Final Approval Order. This Final Judgment shall not bind the persons listed in Exhibit A, who have timely opted out of the monetary-relief Settlement Class.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named plaintiffs, the certified classes, and the defendant for purposes of (a) supervising the implementation, enforcement, construction and interpretation of the Consent Decree, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment and the distribution of settlement payments and tax forms; and (b) hearing,

1 determining, and implementing the application, in accordance with the terms of the Consent Decree, by Class Counsel for an award of attorneys' fees, costs, and expenses, and by the named plaintiffs for service payments.

IT IS SO ORDERED.

Dated: 8/14/07

Hon. Susan Illston
United States District Judge

# Exhibit A

| Last Name | First Name |
|---|---|
| BENAVENTE | NICHOLAS |
| Bibo | Paul |
| BLANDON | ELOISA HEL C. |
| BLANK | CHARLI M. |
| COLLINS | KEVIN A. |
| CORDOVA | SANDRA MARQUEZ |
| EVERLY | DANIELLE J. |
| GARCIA | HECTOR |
| KIMBLE | DARRYL K. |
| MORENO | JOSE L. |
| SHABAZZ | KARIM A. |
| SHEPHERD | LINDA F. |
| SLEDGE | ADRIANNE N. |
| WILLIAMS | ADRIEL D. |
| WILLIAMS | DAVID L. |
| ZAPATA | RICHARD V. |