1  James M. Finberg (SBN 114850)
   ALTSHULER BERZON LLP
2  177 Post Street, Suite 300
   San Francisco, CA 94108
3  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
4
   *Additional Monitoring Counsel listed on signature page*
5
   Jeana M. Littrell
6  Frederick L. Douglas
   FEDERAL EXPRESS CORPORATION
7  3620 Hacks Cross Road, Bldg. B, 3rd Floor
   Memphis, TN 38125-8800
8  Telephone: (901) 434-8519
   Facsimile: (901) 434-9271
9
10 *Attorneys for the Defendant*

11
12
13
14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| DERRICK SATCHELL, *et al.*, | Case Nos.: C03-2659 SI; C 03-2878 SI |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | |
| FEDEX EXPRESS, a Delaware Corporation, | **STIPULATION AND [PROPOSED] ORDER RE: UNTIMELY CLAIMS** |
| Defendant. | |
| PATRICIA CALDWELL, *et al.* | |
| Plaintiffs, | |
| v. | |
| FEDEX EXPRESS, a Delaware Corporation, | |
| Defendant. | |

|   |   |
|---|---|
| 1 | WHEREAS, the Court granted final approval to the settlement of this action, and |
| 2 | approved the Consent Decree, on August 15, 2007; |
| 3 | WHEREAS, Section IX.D of the Consent Decree provides that Monitoring Counsel and |
| 4 | FedEx Express may jointly agree to modify the Decree in writing signed by both Monitoring |
| 5 | Counsel and FedEx Express; |
| 6 | WHEREAS, Section XXII.F of the Consent Decree provides that class members who seek |
| 7 | recovery of monetary compensation must complete a claim form and file it with the Claims |
| 8 | Administrator by the date set forth in the Preliminary Approval Order, which was August 1, 2007; |
| 9 | WHEREAS, Section XXII.I of the Consent Decree provides that class members who |
| 10 | submit untimely claim forms are not eligible for any monetary award; |
| 11 | WHEREAS, Section XXII.I of the Consent Decree, regarding Late-Filed Claims, does not |
| 12 | make any exception for claims that are late filed with good cause shown; |
| 13 | WHEREAS, the Parties agree that in certain extenuating circumstances, for good cause |
| 14 | shown, it would be beneficial to allow class members to file untimely claims; |
| 15 | WHEREAS, the Claims Administrator has informed the Parties that, in order to meet the |
| 16 | deadline set forth in Section XXII.J of the Consent Decree, which requires the Claims |
| 17 | Administrator to send written notice of ineligibility for monetary relief to all ineligible claimants |
| 18 | within ninety days of the close of claims filing period, untimely claims cannot be accepted after |
| 19 | October 1, 2007; |
| 20 | WHEREAS, the Claims Administrator has received, through October 1, 2007, 263 |
| 21 | untimely claims, of which 31 untimely claimants provided some explanation for their lateness; |
| 22 | WHEREAS, the Parties have reviewed the untimely claims, and determined that there is |
| 23 | good cause shown for accepting the untimely claims of the following class members: |
| 24 | (1) Keith I. Shockley, who was serving in the United States Navy in Afghanistan and |
| 25 | therefore did not receive the claim form until after the claims filing deadline; |
| 26 | (2) Robert E. Montgomery, who was serving in the United States Army in Korea, and did |
| 27 | not return to the United States until July 30, 2007, and therefore did not receive and review his |
| 28 | mail and find the claim form until August 3, 2007, after the claims filing deadline; |

-1-

(3) Noel Perez, who received the claim form after the claims filing deadline due to misdelivery by the United States Postal Service;

(4) Donn E. Desboine, who received the claim form after the claims filing deadline due to delay in forwarding by the United States Postal Service;

(5) Shentel T. Persons, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(6) Victor M. Cespedes, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(7) Stanley E. Barnett, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(8) Andre L. Lewis, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(9) Betty Muruato, who returned a claim form in July that was not received by the Claims Administrator;

THEREFORE, Monitoring Counsel and FedEx Express, hereby stipulate to modify the Consent Decree as follows, and request that the Court so order:

Section XXII.I of the Consent Decree is hereby modified by adding the following sentence: "Late claims post-marked after August 1, 2007, but received by the Claims Administrator on or before October 1, 2007, will be eligible for payment despite having been filed after the claims filing deadline, provided that FedEx and Monitoring Counsel concur that the claimant has demonstrated good cause for the untimely filing;"

THEREFORE, Monitoring Counsel and FedEx Express, hereby stipulate and agree that good cause has been shown for the late-filing of the following claims, and that those claims should be accepted by the Claims Administrator:

(1) Keith I. Shockley

(2) Robert E. Montgomery

(3) Noel Perez

(4) Donn E. Desboine

|   |   |   |
|---|---|---|
| 1 | (5) Shentel T. Persons | |
| 2 | (6) Victor M. Cespedes | |
| 3 | (7) Stanley E. Barnett | |
| 4 | (8) Andre L. Lewis | |
| 5 | (9) Betty Muruato. | |

Dated: October 10, 2007                    By: ___/s/ James M. Finberg_____
                                                James M. Finberg


James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

John L. Burris (SBN 69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5200 ext. 67
Facsimile; (510) 839-3882

Barry Goldstein (SBN 141868)
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

*Monitoring Counsel*

Dated: October 10, 2007            By: ____/s/ Frederick L. Douglas____
                                          Frederick L. Douglas


                                   Jeana M. Littrell
                                   Frederick L. Douglas
                                   FEDERAL EXPRESS CORPORATION
                                   3620 Hacks Cross Road, Bldg. B, 3rd Floor
                                   Memphis, TN 38125-8800
                                   Telephone: (901) 434-8519
                                   Facsimile: (901) 434-9271


                                   *Attorneys for the Defendant*

**ORDER**

The Court having considered the foregoing stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____      _____
                                       The Hon. Susan Illston
                                       United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER RE: UNTIMELY CLAIMS – CASE NO. 03-2659 SI: 03-2878 SI