```
1   Todd M. Schneider (SBN 158253)
    Guy B. Wallace (SBN 176151)
2   Nancy Park (SBN 236750)
    SCHNEIDER & WALLACE
3   180 Montgomery Street, Suite 2000
    San Francisco, CA  94104
4   Telephone:  (415) 421-7100
    Facsimile:  (415) 421-7105
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**CLASS ACTION**<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE PLAINTIFFS' EX PARTE MOTION FOR DECLARATORY RELIEF UNDER SEAL** |

## ORDER

Having considered the papers filed regarding Plaintiffs' request to file their Ex Parte Motion for Declaratory Relief under seal, and good cause appearing therefore, this Court hereby GRANTS Plaintiffs' Motion Pursuant to Local Rule 7-11 For Leave To File Plaintiffs' Ex Parte Motion For Declaratory Relief under seal.

**IT IS SO ORDERED**

Dated: November _____, 2007

*Susan Illston*
HON. SUSAN ILLSTON
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING P.'s APPLICATION FOR LEAVE TO FILE EX PARTE MOTION FOR DECLARATORY RELIEF UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI