1  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
2  Nancy Park (SBN 236750)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
4  Telephone:  (415) 421-7100
   Facsimile:  (415) 421-7105

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**CLASS ACTION**<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' EX PARTE MOTION FOR DECLARATORY RELIEF UNDER SEAL** |

**ORDER**

Having considered the papers filed regarding Plaintiffs' request to file a Reply to Plaintiffs' Ex Parte Motion for Declaratory Relief under seal, and good cause appearing therefore, this Court hereby GRANTS Plaintiffs' Motion Pursuant to Local Rule 7-11 For Leave To File a Reply to Plaintiffs' Ex Parte Motion For Declaratory Relief under seal.

**IT IS SO ORDERED**

Dated: December ____, 2007

_____
Honorable Susan Illston
United States District Judge

1

[PROPOSED] ORDER GRANTING P.'S APPLICATION FOR LEAVE TO FILE EX PARTE MOTION FOR DECLARATORY RELIEF UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI