WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, DANIEL SHERMAN, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendants. | Case No. C03-02659 SI; C03-02878 SI<br><br>**[PROPOSED] ORDER GRANTING WAUKEEN McCOY'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO GUY WALLACE'S EX PARTE MOTION FOR DECLARATORY RELIEF UNDER SEAL** |

**ORDER**

Having considered the papers filed regarding Waukeen McCoy's request to file a Supplemental Declaration in Opposition to Guy Wallace's Ex Parte Motion for Declaratory Relief under seal, and good cause appearing therefore, this Court hereby GRANTS McCoy's Motion Pursuant to Local Rule 7-11 For Leave To File a Supplemental Declaration in Opposition to Guy Wallace's Ex Parte Motion For Declaratory Relief under seal.

IT IS SO ORDERED

Dated: January ____, 2008

_____
Honorable Susan Illston
United States District Judge