1  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
2  Nancy Park (SBN 236750)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
4  Telephone:  (415) 421-7100
   Facsimile:  (415) 421-7105
5
6  Kelly M. Dermody (SBN 171716)          Michael S. Davis (SBN 160045)
   LIEFF, CABRASER, HEIMANN &             LAW OFFICES OF MICHAEL S. DAVIS
      BERNSTEIN, LLP                      345 Hill Street
7  275 Battery Street, 30th Floor         San Francisco, CA 94109
   San Francisco, CA  94111-3339          Telephone: (415) 282-4315
8  Telephone:  (415) 956-1000             Facsimile: (415) 358-5576
   Facsimile:  (415) 956-1008
9
10  *Additional Class Counsel appear on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**CLASS ACTION**<br><br>**[proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO FILE THE DECLARATION OF KALINI BOYKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR DECLARATORY RELEIF UNDER SEAL** |

**ORDER**

Having considered the papers filed regarding Plaintiffs' request to file the Declaration of Kalini Boykin In Support of Plaintiff's Motion for Declaratory Relief under seal, and good cause appearing therefore, this Court hereby GRANTS Plaintiffs' Motion Pursuant to Local Rule 7-11 For Leave To File the Declaration of Kalini Boykin In Support of Plaintiff's Motion for Declaratory Relief under seal

**IT IS SO ORDERED**

Dated:_____, 2008

_____
HON. SUSAN ILLSTON
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
APPLICATION FOR LEAVE TO FILE THE
DECLARATION OF KALINI BOYKIN UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI