| | |
|---|---|
| 1 | Todd M. Schneider (SBN 158253) |
| | Guy B. Wallace (SBN 176151) |
| 2 | Nancy Park (SBN 236750) |
| | SCHNEIDER WALLACE COTTRELL |
| 3 | BRAYTON KONECKY LLP |
| | 180 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 421-7100 |
| 5 | Facsimile: (415) 421-7105 |

| | | |
|---|---|---|
| 6 | Kelly M. Dermody (SBN 171716) | Michael S. Davis (SBN 160045) |
| | LIEFF, CABRASER, HEIMANN & | LAW OFFICES OF MICHAEL S. DAVIS |
| 7 | BERNSTEIN, LLP | 345 Hill Street |
| | 275 Battery Street, 30th Floor | San Francisco, CA 94109 |
| 8 | San Francisco, CA 94111-3339 | Telephone: (415) 282-4315 |
| | Telephone: (415) 956-1000 | Facsimile: (415) 358-5576 |
| 9 | Facsimile: (415) 956-1008 | |

10  *Additional Class Counsel appear on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, | Case No. C 03-2659 SI; C 03-2878 SI |
| | **REQUEST FOR ORDER OF DISMISSAL AND [proposed] ORDER** |
| Plaintiffs, | |
| v. | |
| FEDEX EXPRESS, a Delaware corporation, | |
| Defendant. | |

REQUEST FOR ORDER OF DISMISSAL AND
[PROPOSED] ORDER
CASE NO. C 03-2659 SI; C 03-2878 SI

## REQUEST FOR ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41 and this Court's Order Granting Defendant's Motion for Counterclaim and Interpleader Relief of July 8, 2008, Plaintiffs Derrick Satchell, Kalini Boykin, Valerie Brown, Rick Gonzales, Cynthia Guerrero, Rachel Hutchins, Tyrone Merritt, Kelvin Smith, Sr., and Ken Stevenson hereby file this Request for Order of Dismissal of their non-class claims with prejudice.

Respectfully submitted,

Date: July 11, 2008                                   /s/ Guy B. Wallace
                                                      Guy B. Wallace

## ORDER

Pursuant to the Request, the Court ORDERS as follows:

The non-class claims of Plaintiffs Derrick Satchell, Kalini Boykin, Valerie Brown, Rick Gonzales, Cynthia Guerrero, Rachel Hutchins, Tyrone Merritt, Kelvin Smith, Sr., and Ken Stevenson are hereby dismissed with prejudice.

To the extent that Mr. McCoy may be subject to an award of reasonable attorneys' fees and costs relating to the dispute resolved by this Court's Order of April 2, 2008, any firms seeking such an award shall do so in conformance with FRCP 54 and Local Rule 54. Any such application shall be filed by no later than __7/28/08__.

Date: _____                    _____
                                              The Honorable Susan Illston

| | | |
|---|---|---|
| 1 | Todd M. Schneider (SBN 158253) | Michael S. Davis (SBN 160045) |
| 2 | Guy B. Wallace (SBN 176151)<br>Nancy Park (SBN 236750) | LAW OFFICES OF MICHAEL S. DAVIS<br>345 Hill Street |
| 3 | SCHNEIDER WALLACE<br>COTTRELL BRAYTON KONECKY LLP | San Francisco, CA 94109<br>Telephone: (415) 282-4315 |
| 4 | 180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104 | Facsimile: (415) 358-5576 |
| 5 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | |
| 6 | | John L. Burris (SBN 69888)<br>Miles Washington (SBN 88288) |
| 7 | Kelly M. Dermody (SBN 171716)<br>LIEFF, CABRASER, HEIMANN & | LAW OFFICES OF JOHN BURRIS<br>7677 Oakport Bldg., Suite 1120 |
| 8 | BERNSTEIN, LLP<br>275 Battery Street, 30th Floor | Oakland, CA 94612<br>Telephone: (510) 839-5210 |
| 9 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | Facsimile: (510) 839-3882 |
| 10 | Facsimile: (415) 956-1008 | |
| 11 | | Kay McKenzie Parker (SBN 143140)<br>225 Bush Street, 16th Floor |
| 12 | | San Francisco, CA 94104<br>Telephone: (415) 227-9622 |
| 13 | | Facsimile: (415) 227-4522 |

*Class Counsel*