FILED

MAR 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KALINI BOYKIN; et al., <br><br> Plaintiffs - Appellees, <br><br> WAUKEEN Q. MCCOY, <br><br> Appellant, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware corporation, <br><br> Defendant. | No. 08-15904 <br><br> D.C. Nos. 3:03-CV-02659-SI <br>               3:03-CV-02878-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The appellees' motion to file the answering brief and supplemental excerpts of record under seal is granted. The previously received answering brief and excerpts of record shall be filed and maintained under seal.

                                        For the Court:

                                        MOLLY C. DWYER <br>
                                        Clerk of the Court:

                                        Cathie A. Gottlieb <br>
                                        Deputy Clerk <br>
                                        Ninth Cir. R. 27-7/Advisory Note to Rule 27 <br>
                                           and Ninth Circuit 27-10